**Velva STEWART, Defendant-Appellant,**

v.

**STATE of Missouri,
Plaintiff-Respondent.**

**No. 52462.**

Missouri Court of Appeals,
Eastern District,
Division Three.

July 28, 1987.

Motion for Rehearing and/or Transfer
Denied Sept. 2, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Ilene A. Goodman, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., John Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

**PER CURIAM.**

Movant, Velva Stewart, appeals from the denial of his Rule 27.26 motion after an evidentiary hearing. Affirmed. Rule 84.-16(b).